# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-23-00301-CR

**De H Nguyen, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2020-060, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due October 2, 2023.  This Court has granted four motions by counsel requesting an extension of time to file his brief, and in granting the fourth motion, this Court ordered counsel to file a brief no later than February 5, 2024.  We informed counsel that no further extension of time would be granted and that failure to comply with the order would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.  Rather than comply with this Court's order, counsel has filed a fifth motion for extension of time, requesting an additional thirty days to file appellant's brief.

We deny the motion.  The appeal is abated and remanded to the trial court.  The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal.  *See* Tex. R. App. P. 38.8(b)(2), (3).  The

court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than March 22, 2024. *See id.* R. 38.8(b)(3).

It is so ordered February 21, 2024.


Before Justices Baker, Triana, and Kelly

Abated and Remanded

Filed: February 21, 2024

Do Not Publish